# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DARIUS CHAMBERS,** | : |
| Plaintiff, | : |
| vs. | :    **CIVIL ACTION 04-0760-BH-L** |
| **JERRY L. FERRELL,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 5th day of May, 2005.

                                                                s/ W. B. Hand
                                                        SENIOR DISTRICT JUDGE